UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | CASE NO. 11-43051-BKC-RAM |
| JORGE MORERA, | CHAPTER 7 |
| Debtor._____/ | |
| MARCIA T. DUNN, as Chapter 7 Trustee for the bankruptcy estate of Jorge Morera, | ADV. NO. 12-01848-RAM |
| Plaintiff, | |
| v. | |
| JORGE MORERA, individually and as Co-Trustee of the Morera Living Trust, GEMMA MORERA, individually and as Co-Trustee of the Morera Living Trust, and the MORERA LIVING TRUST, | |
| Defendants._____/ | |

**<u>VERIFIED MOTION FOR ENTRY OF CLERK'S DEFAULT</u>**

Plaintiff, Marcia T. Dunn, the Chapter 7 Trustee (the "Trustee"), pursuant to Rule 55 of the Federal Rules of Civil Procedure, made applicable to this proceeding by Rule 7055 of the Federal Rules of Bankruptcy Procedure, and Local Rule 7055-1 of the of the United States Bankruptcy Court for the Southern District of Florida, moves for entry of a clerk's default against Defendants Jorge Morera, Gemma Morera and the Morera Living Trust (collectively "Defendants") and state in support thereof states:

1.   On August 14, 2012, the Trustee filed a Complaint to Avoid and Recover Fraudulent Transfers, Objecting to Claims of Exemptions and to Impose an Equitable Lien (the "Complaint") (ECF No. 1).

00132613.DOC 2

2.     On August 15, 2012, the Court issued a Summons and Notice of Pretrial/Trial in an Adversary Proceeding informing Defendants that they were required to file a motion or answer to the Complaint within 30 days after issuance of the Summons (ECF No. 2) and the Court entered an Order Setting Filing and Disclosure Requirements for Pretrial and Trial (ECF No. 3).  A true and correct copy of the summons is attached hereto as **Exhibit "A"**.

3.     Defendants were timely served via first class United States mail with a copy of the Complaint, Summons and Notice of Pretrial/Trial in an Adversary Proceeding and the Order Setting Filing and Disclosure Requirements for Pretrial and Trial (ECF No. 4) on August 15, 2012.

4.     On August 24, 2012, the Trustee filed an Amended Complaint to Avoid and Recover Fraudulent Transfers, Objecting to Claims of Exemptions and to Impose an Equitable Lien which was served on the Defendants by U.S. Mail on August 24, 2012.

5.     According to the Summons, the deadline for the Defendants to file a motion or answer to the Complaint was September 14, 2012.  As of the date of this Motion, the Defendants have failed to timely file a responsive pleading to the Complaint.

**WHEREFORE**, Plaintiff, Barry E. Mukamal, the Chapter 7 Trustee, requests the Clerk of the Court enter a Default, as to the Counts asserted in the Complaint, against Defendants Jorge Morera, Gemma Morera and the Morera Living Trust, for failure to answer the Complaint or otherwise plead in the above case as of the date of filing of this motion.

**I HEREBY CERTIFY**, under penalty of perjury, that I have not received any written answer and/or pleading in the above-styled case from any of the parties for which a Default is sought as of this 18th day of September, 2012.

        Respectfully submitted,

        Bast Amron LLP
        *Counsel for Marcia T. Dunn,*
        *Chapter 7 Trustee*
        SunTrust International Center
        One Southeast Third Avenue,
        Suite 1440
        Miami, Florida 33131
        Telephone: 305.379.7904
        Facsimile: 305.379.7905

        By: /s/ *Morgan B. Edelboim*
            Brett M. Amron, Esq.
            Florida Bar No. 148342
            Morgan B. Edelboim, Esq.
            Florida Bar No. 040955

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served electronically via the Court's CM/ECF system where available, and/or via U.S. Mail as indicated upon the parties listed on the attached service list on this the 18th day of September, 2012.

        */s/ Morgan B. Edelboim*

## SERVICE LIST

**Jorge Morera**
1445 Palancia Ave
Miami, FL 33146

**Gemma Morera**
1445 Palancia Ave
Miami, FL 33146

**Morera Living Trust**
c/o Jorge Morera & Gemma Morera
1445 Palancia Ave.
Miami, FL 33146

00132613.DOC 2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | CASE NO. 11-43051-BKC-RAM |
| JORGE MORERA, | CHAPTER 7 |
| Debtor. _____/ | |
| MARCIA T. DUNN, as Chapter 7 Trustee for the bankruptcy estate of Jorge Morera, | ADV. NO. 12-01848-RAM |
| Plaintiff, | |
| v. | |
| JORGE MORERA, individually and as Co-Trustee of the Morera Living Trust, GEMMA MORERA, individually and as Co-Trustee of the Morera Living Trust, and the MORERA LIVING TRUST, | |
| Defendants. _____/ | |

## NON-MILITARY AFFIDAVIT

STATE OF FLORIDA         )
                         )
COUNTY OF MIAMI-DADE     )

BEFORE ME, the undersigned authority, personally appeared ANGELICA M. FIORENTINO who, after being duly sworn, deposes and says:

1.  I am the attorney for the Plaintiff in this matter, am over the age of 18 years, and am otherwise of sounds mind to make this statement.

2.  Defendant JORGE MORERA, is not in the military service of the United States or any of its allies.

00132639.DOC

FURTHER AFFIANT SAYETH NAUGHT.

_____
ANGELICA M. FIORENTINO

The foregoing instrument was acknowledged before me this 18TH day of September, 2012

KRYSTLE PARRALES
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE100390
Expires 6/6/2015

_____
NOTARY PUBLIC,
STATE OF FLORIDA

00132639.DOC

2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                          CASE NO. 11-43051-BKC-RAM

JORGE MORERA,                                                   CHAPTER 7

    Debtor.
_____/

MARCIA T. DUNN, as Chapter 7 Trustee                            ADV. NO. 12-01848-RAM
for the bankruptcy estate of Jorge Morera,

    Plaintiff,

v.

JORGE MORERA, individually and as
Co-Trustee of the Morera Living Trust,
GEMMA MORERA, individually and as
Co-Trustee of the Morera Living Trust,
and the MORERA LIVING TRUST,

    Defendants.
_____/

## **NON-MILITARY AFFIDAVIT**

STATE OF FLORIDA          )
                          )
COUNTY OF MIAMI-DADE      )

    BEFORE ME, the undersigned authority, personally appeared ANGELICA M. FIORENTINO who, after being duly sworn, deposes and says:

    1.    I am the attorney for the Plaintiff in this matter, am over the age of 18 years, and am otherwise of sounds mind to make this statement.

    2.    Defendant GEMMA SOLOZABAL-MORERA, is not in the military service of the United States or any of its allies.

00132640.DOC

FURTHER AFFIANT SAYETH NAUGHT.

_____
ANGELICA M. FIORENTINO

The foregoing instrument was acknowledged before me this 18th day of September, 2012

_____
NOTARY PUBLIC,
STATE OF FLORIDA

KRYSTLE PARRALES
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE100390
Expires 6/6/2015

00132640.DOC                                2

**Exhibit "A"**

Form CGFI14  (12/1/09)

**United States Bankruptcy Court**
**Southern District of Florida**
www.flsb.uscourts.gov

**Case Number:**  11–43051–RAM

**Adversary Number:** 12–01848–RAM

In re:

**Name of Debtor(s):**  Jorge Morera

─────────────────────────────────────────── /

**Marcia T. Dunn**

Plaintiff(s)

**VS.**

**Jorge Morera, Gemma Morera and Morera Living Trust**

Defendant(s)
──────────────────────────────────────────/

ALL DOCUMENTS REGARDING THIS MATTER MUST BE IDENTIFIED BY <u>BOTH</u> ADVERSARY AND BANKRUPTCY CASE NUMBERS

# SUMMONS AND NOTICE OF PRETRIAL/TRIAL IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court at the address indicated below within 30 days, pursuant to BR 7012, after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

**US Bankruptcy Court**
**51 SW 1st Ave, Room 1510**
**Miami, FL 33130**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney
Morgan B. Edelboim Esq.
1 SE 3 Ave #1440
Miami, FL 33131

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012. Pursuant to BR 7007.1, and Local Rule 7003–1(B)(2) corporate defendants must file a corporate ownership statement.

*Page 1 of 3*

## PRETRIAL CONFERENCE INFORMATION:

Date: **November 1, 2012**

Time: **10:30 AM**

Location: **Claude Pepper Federal Bldg, 51 SW First Ave Room 1406, Miami, FL 33130**

## TRIAL INFORMATION:

## THE TRIAL WILL BE SCHEDULED AT THE PRETRIAL CONFERENCE

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Clerk of Court**

By: Lorraine Lebron
Deputy Clerk

**Dated:** August 15, 2012

*Page 2 of 3*

# CERTIFICATE OF SERVICE

I, _____ (name), certify that service of this summons and a copy of the complaint was made _____ (date) by:

☐    Mail Service: Regular, first class United States mail, postage fully pre–paid, addressed to:

☐    Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐    Residence Service: By leaving the process with the following adult at:

☐    Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐    Publication: The defendant was served as follows: [Describe briefly]

☐    State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: _____    Signature: _____

| Print Name: |
| Address: |
| City:        State:        Zip: |

*Page 3 of 3*