

**ORDERED in the Southern District of Florida on July 26, 2013.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re | CASE NO. 11-43051-BKC-RAM |
| | CHAPTER  7 |
| JORGE MORERA, | |
| Debtor. | |
| | |
| MARCIA T. DUNN, as Chapter 7 Trustee for the Bankruptcy Estate of JORGE MORERA, | |
| Plaintiff, | |
| vs. | ADV. NO. 12-1848-RAM-A |
| JORGE MORERA, etc., et al., | |
| Defendant. | |

## ORDER OF DISMISSAL (SETTLEMENT)

Based on an Order approving a settlement entered in the main case, it is -

**ORDERED** that this adversary proceeding is dismissed.

### 

COPIES FURNISHED TO:

Morgan E. Edelboim, Esq.
Joe M. Grant, Esq.